(No. 84-CC-1949–)

GEORGIA HALE, Claimant, *v.* THE STATE OF ILLINOIS,
Respondent.

*Order filed April 27, 1984.*

BROWN, HAY & STEPHENS, for Claimant.

NEIL F. HARTIGAN, Attorney General (SUE MUELLER,
Assistant Attorney General, of counsel), for Respondent.

RAUCCI, J.

This cause having come for consideration on the
Respondent's stipulation and the Court being duly ad-
vised in the premises:

Finds, that a departmental report was issued by the
Illinois Department of Revenue, State department or
agency, on March 22, 1984, pursuant to Rule 14 of the
Rules of the Court of Claims, and is considered *prima
facie* evidence of the facts set forth therein. This de-
partmental report establishes that the Department of
Revenue concurs in the facts as set forth in the Claimant's
complaint, to wit: that the Claimant's 1975 Lincoln
automobile, license number 5Y82A—842400, was im-
properly seized and sold by the Department of Revenue
through its agents, the Sangamon County Sheriff's Of-
fice. The Claimant, Georgia Hale, was required to ex-
pend $1,600.00 in her own funds to retrieve this auto-
mobile.

The departmental report also informs that there
exists within the department no procedure by which the

Claimant can make a claim for a refund of the monies she used to retrieve her automobile.

It appears to this Court that the Department of Revenue improperly seized and sold Georgia Hale's automobile and that she should be reimbursed for her cost for retrieving this automobile.

It is hereby ordered, that Georgia Hale be awarded in complete satisfaction of the above captioned claim and any other claim arising out of this occurrence, $1,600.00.